**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jose GALDAMEZ, a.k.a. Jaime
Gutierrez, Defendant–
Appellant.**

**No. 14–10874
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 3, 2015.

Herbert Stanley Lindsey, Terry Flynn, Stephen M. Kunz, Assistant U.S. Attorney, Pamela C. Marsh, U.S. Attorney's Office, Tallahassee, FL, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Chet Kaufman, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Before TJOFLAT, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

Chet Kaufman, counsel for Jose Galdamez, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED,** and Galdamez's conviction and sentence are **AFFIRMED.**